665 A.2d 1160

MACHIPONGO LAND AND COAL COMPANY, INC., the Victor E. Erickson Trust and Joseph Naughton, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, the Environmental Quality Board, and Arthur A. Davis, Secretary of Environmental Resources, Appellees.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1994.

Decided Oct. 11, 1994.

## *ORDER*

PER CURIAM:

AND NOW, this 24th day of October, 1995, the Application for Reargument is **GRANTED,** limited to the issue of whether the Commonwealth Court or the Clearfield County Court of Common Pleas properly has jurisdiction over the further proceedings in this case.

FLAHERTY, J., did not participate in the consideration or decision of this matter.

PAPADAKOS, J., did not participate in the decision of this matter.

MONTEMURO, J., is sitting by designation.